STATE v. BROWN

No. 49 PC.

No. 61 (Spring Term).

Case below: 42 N.C. App. 724.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 January 1980. Petition by defendants for writ of certiorari to the North Carolina Court of Appeals allowed 8 January 1980.

STATE v. COLLINS

No. 48.

Case below: 44 N.C. App. 141.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 8 January 1980.

STATE v. HENDRICKS

No. 107 PC.

Case below: 43 N.C. App. 245.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

STATE v. McLAWHORN

No. 138 PC.

Case below: 43 N.C. App. 695.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

STATE v. McMILLIAN

No. 120 PC.

Case below: 43 N.C. App. 520.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 8 January 1980.